IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD K. WELLS, ) | |
| ) | |
| Petitioner, ) | Case No. 1:10-cv-280-SJM-SPB |
| ) | |
| v. ) | |
| ) | |
| RAYMOND SOBINA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**MEMORANDUM ORDER**

The instant petition for writ of habeas corpus was received by the Clerk of Court on November 22, 2010 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Report and Recommendation, filed on October 18, 2011 [15], recommends that the instant petition for writ of habeas corpus be dismissed for lack of jurisdiction inasmuch as it is an improper successive habeas petition.  The parties were allowed fourteen (14) days from the date of service in which to file objections.  Service was made on Petitioner by certified mail at the Muskegon Correctional Facility in Muskegon, Michigan where he is incarcerated and on the Respondents.  No objections to the Report and Recommendation have been filed to date.

After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 8th Day of November, 2011;

IT IS ORDERED that the instant petition for writ of habeas corpus be, and hereby is, DISMISSED for lack of jurisdiction.  Inasmuch as reasonable jurists would not find it debatable whether the instant petition should be dismissed as an improper successive habeas petition, IT IS FURTHER ORDERED that no certificate of appealability shall issue.

The Report and Recommendation of Magistrate Judge Baxter, filed on October 18, 2011 [15], is adopted as the opinion of the Court.

          s/   <u>Sean J. McLaughlin</u>
              SEAN J. McLAUGHLIN
              United States District Judge

Cm:   All parties of record.
      U.S. Magistrate Judge Susan Paradise Baxter